UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

In re:                                                                                    Chapter 7

    FRANK PATERNO AND
    BEATA PATERNO,                                                Case No.  18-23503


                        Debtor.
----------------------------------------------------------------X

**ORDER AVOIDING JUDICIAL LIEN OF DISCOVERING ME NURSERY SCHOOL
UNDER 11 U.S.C. § 522(f)**

       Upon the motion, by notice of presentment dated January 16, 2019 (the "Motion"), of the debtors herein, Frank Paterno and Beata Paterno (the "Debtors") for an order under 11 U.S.C § 522(f)(1)(A) avoiding the judicial lien of DISCOVERING ME NURSERY SCHOOL against the Debtors' interests in the real property, located at 690 Pinebrook Blvd, New Rochelle, New York 10804 (the "Property"), which resulted from a judgment obtained in an action against Frank Paterno and Beata Paterno in the amount of $24,075.00, and docketed on November 21, 2016 at the Westchester County, New York Clerk's Office as Index No. 64848/2014; and there being due and sufficient notice of the Motion and the opportunity for a hearing thereon, including on the judicial lienor; and there being no objections to the requested relief; and, after due deliberation, the Court having determined that the foregoing judicial lien fully impairs the Debtors' homestead exemptions; and good and sufficient cause appearing, it is hereby

       ORDERED, that the Motion is granted and the fixing of the judicial lien of Discovering Me Nursery School in the original amount of $24,075.00 and docketed on November 2l 2016 at the Westchester County, New York Clerk's Office as Index No. 64848/2014, on the Property and its proceeds is avoided pursuant to 11 U.S.C. § 552(f)(1)(A); and it is further

1

ORDERED, that the Clerk of Westchester County, New York mark on its records that the foregoing judicial lien has been voided by Bankruptcy Court Order with respect to the Debtors' interests in the Property and its proceeds pursuant to 11 U.S.C. §522(f); provided, that the Debtors may cause a copy of this Order to be filed with such Clerk as alternative notice thereof.

Dated: White Plains, New York
       March 8, 2019                                    _/s/Robert D. Drain_____
                                                        United States Bankruptcy Judge