Law Offices of
# Shapiro, DiCaro & Barak, LLC
One Huntington Quadrangle
Suite 3N05
Melville, New York 11747
(631) 844-9611
FAX (631) 844-9525

April 17, 2019

Chambers of the Hon. Robert D. Drain
United States Bankruptcy Court
300 Quarropas Street
White Plains, NY 10601

RE:   Frank Paterno and Beata Paterno
      Chapter 7
      Case Number: 18-23503-rdd
      SD&B File Number: 15-040168

Dear Judge Drain:

This loss mitigation status letter is submitted on behalf of Nationstar Mortgage LLC as Servicer for Wells Fargo Bank, National Association, Successor By Merger To Wells Fargo Bank Minnesota, National Association, As Trustee For Banc of America Mortgage Securities, Inc. Mortgage Pass-Through Certificates, Series 2003-L ("Nationstar"), a secured creditor of the above-referenced Debtors.

Please be advised that Nationstar previously offered the Debtors a three month trial loan modification, with three monthly payments of $4,067.01 each due on the first of each month from February 1, 2019 to April 1, 2019. The Debtors accepted the trial loan modification and completed the first two trial payments.

Currently, Nationstar is awaiting the third and final trial loan modification payment due on April 1, 2019. Please note that this payment must be received by Nationstar on or before April 30, 2019 for the trial loan modification to be successful.

If you have any questions, please do not hesitate to contact the undersigned.

Very truly yours,


/s/ Katherine Heidbrink
Katherine Heidbrink